Arturo M. Cisneros, #120494 (arturo@mclaw.org)
Christina O, #266845, (christinao@mclaw.org)
Brian Thomley, #275132, (bthomley@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
949.252.9400 (Telephone)
949.252.1032 (Facsimile)

Proposed Attorneys for Steven M. Speier,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>KEVAN A. GREEN and DINA J. GREEN,<br><br>Debtors. | Case No. 6:16-bk-10251-SY<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S INTENTION TO ABANDON REAL PROPERTY COMMONLY KNOWN AS 40157 Balboa Dr., Temecula, California 92591**<br><br>[No Hearing Required] |

TO THE DEBTORS, DEBTORS' COUNSEL, ALL CREDITORS AND ANY PARTIES IN INTEREST:

NOTICE IS GIVEN that unless an objection is made and a hearing is timely requested by a party in interest in the manner set forth below, Steven M. Speier, Chapter 7 Trustee ("Trustee") of the estate of <u>Kevan A. Green and Dina J. Green</u> ("Debtors"), intends to abandon all of the Estate's right, title and interest in real property commonly known as 40157 Balboa Dr., Temecula, California 92591 ("Residence").

11 U.S.C. § 554 (a) provides:

> After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

1

1  The Debtors filed a voluntary petition under Chapter 11 of Title 11 of the United
2  States Code on January 12, 2016 and converted to a Chapter 7 on December 22, 2016. Thereafter,
3  Trustee was appointed.

4  The Debtors' original Schedule A – Real Property ("Schedule A") listed the Residence with
5  a value of $450,000, secured debt of $242,339.73, and claimed a homestead exemption of
6  $100,000. The Debtors amended their schedules on February 28, 2017, and the schedules relating
7  to the Residence remained the same. The Trustee's comparables were very close to the Debtors'
8  valuation. The secured lienholder of the Residence filed a Notice of Motion and Motion for Relief
9  from the Automatic Stay under 11 U.S.C. § 362 ("MFRS Motion") on January 26, 2017, wherein
10 the secured debt was listed as $372,552.74.

11  Based upon the secured debt listed in the MFRS Motion, the homestead exemption, and
12 costs of sale, the Trustee believes that: (1) the Residence is of inconsequential value and benefit to
13 the estate; (2) there is no realizable equity in the Residence; (3) the administration of the Residence
14 would be unduly burdensome; and (4) the proposed abandonment is in the best interests of the
15 estate.

16  NOTICE IS ALSO GIVEN that pursuant to Local Bankruptcy Rule 6007-1, any objection
17 and request for a hearing must, not later than 14 days after the date of the service of this notice, be
18 filed with the Clerk of the Bankruptcy Court and served on: (1) Proposed Counsel for Trustee at the
19 address in the upper left-hand corner of this Notice; (2) the Office of the United States Trustee,
20 3801 University Avenue, Suite 720, Riverside, California 92501.

21  Pursuant to Local Bankruptcy Rule 6007-1(d), if no timely objection and request for a
22 hearing are filed and served, the above-described Residence shall be deemed abandoned retroactive
23 to the petition date of January 12, 2016, without further notice or Order of this Court.

24 Dated: April 21, 2017                    MALCOLM & CISNEROS
25                                          A Law Corporation
26                                          /s/ Arturo Cisneros
27                                          Arturo M. Cisneros,
                                            Proposed Attorneys for Steven M. Speier,
28                                          Trustee for the Estate of Green

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Irvine, California 92612

A true and correct copy of the foregoing document entitled (specify): <u>Notice of Trustee's Intention to Abandon Real Property Commonly Known as 40157 Balboa Dr., Temecula, California 92591</u> will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __04/24/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Javier H Castillo   jhcecf@gmail.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Megan E Lees    ecfcacb@aldridgepite.com, MEL@ecf.inforuptcy.com;mlees@aldridgepite.com
- Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- Steven M Speier (TR)    lmorvant@glassratner.com, sms@trustesolutions.net
- Mohammad Tehrani    Mohammad.V.Tehrani@usdoj.gov
- Brian H Tran    bankruptcy@zievelaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __4/24/17__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge: *The Honorable Scott H. Yun, United States Bankruptcy Court, Central District of California, 3420 Twelfth Street, Suite 345 / Courtroom 302, Riverside, CA 92501-3819*

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/17 | Uriel A. Rodriguez | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:16-bk-10251-SY<br>Central District of California<br>Riverside<br>Tue Apr  4 12:04:51 PDT 2017 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>Law Offices of Les Zieve<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606-3401 | The Bank of New York Mellon fka The Bank of<br>Zieve, Brodnax & Steele, LLP<br>30 Corporate Park<br>Suite 450<br>Irvine, CA 92606-3401 | Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819<br>*No Mail Service Necessary* |
| AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | Midland Credit Management Inc as agent for<br>Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | RESIDENTIAL CREDIT SOLUTIONS INC<br>PO BOX 163349<br>FORT WORTH TX 76161-3349 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, Texas 75247-4029 | SHELLPOINT MORTGAGE SERVICING<br>PO BOX 740039<br>CINCINNATI OH 45274-0039 | THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| The Bank of New York Mellon<br>Ditech Financial LLC<br>fka Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City SD 57709-6154 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255<br>*Service by ECF - No mail service* | WELLS FARGO MORTGAGE<br>PO BOX 30427<br>LOS ANGELES CA 90030-0427 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC# D3347-014<br>3476 Stateview Blvd<br>Fort Mill SC 29715-7203 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus  X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Home Mortgage<br>PO Box 14411<br>Des Moines, IA 50306-3411 |
| Dina J Green<br>40157 Balboa Dr.<br>Temecula, CA 92591-7512 | Javier H Castillo<br>Heritage Pacific Law Group, PC<br>145 E. Rowland Street<br>Suite A<br>Covina, CA 91723-3071<br>*Service by ECF - No mail service* | Kevan A. Green<br>40157 Balboa Dr.<br>Temecula, CA 92591-7512 |
| Steven M Speier (TR)<br>Post Office Box 7637<br>Newport Beach, CA 92658-7637<br>*Service by ECF - No mail service* | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)The Bank of New York Mellon FKA The Bank o

(d)The Bank of New York Mellon
Ditech Financial LLC
fka Green Tree Servicing LLC
PO Box 6154
Rapid City, SD 57709-6154

End of Label Matrix
Mailable recipients   24
Bypassed recipients    3
Total                 27