Arturo M. Cisneros, Bar No. 120494 (arturo@mclaw.org)
Brian Thomley, Bar No. 275132 (bthomley@mclaw.org)
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

General Counsel for Steven M. Speier,
Chapter 7 Trustee



**FILED & ENTERED**

**JUN 12 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jeanmari  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>KEVAN A. GREEN and<br>DINA J. GREEN,<br><br>         Debtors. | Case No. 6:16-bk-10251-SY<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT** [docket no. 96]<br><br>[No Hearing Required.] |

The court has considered the "Trustee's Application to Employ Real Estate Agent; Declaration of Bonnie Kipperman in Support Thereof" ("Application"), filed by Steven M. Speier, chapter 7 trustee ("Trustee") on April 25, 2017 as docket number 96.  No opposition having been filed, and good cause appearing therefore,

**IT IS ORDERED:**

1.      The Application is granted;

2.      The Trustee is authorized to employ Bonnie Kipperman of Leonard M. Smith, A CA Corp, as real estate agent ("Real Estate Agent") pursuant to the terms and conditions set forth in the Application; and

3.    The Real Estate Agent shall seek compensation pursuant to 11 U.S.C. § 328.

###

Date: June 12, 2017

Scott H. Yun
United States Bankruptcy Judge