United States Bankruptcy Court
Central District of California
Riverside
Judge Scott Yun, Presiding
Courtroom 302 Calendar

Thursday, August 31, 2017                                                            Hearing Room    302

9:30 AM
6:16-10251    Kevan A. Green and Dina J Green                                        Chapter 7

   #2.00    Chapter 7 Trustee's Motion for Turnover of Property of the
            Estate Pursuant to Bankruptcy Code Sections 521(a)(4) and
            542(a), and Request to Provide the Trustee with a Full Accounting

                            Docket    165

   Matter Notes:
         GRANTED:    ✓                     DENIED:

         CONT'D. TO:                                        Steven Speier
                                                               Trustee
         Briefing filed:

         Opposition filed:                                  Arturo Cisneros
                                                              For Trustee
         Reply filed:

   WITHDRAWN:                                               Grant as requested +
         Order Lodged by:  Ch. 7 trustee's counsel           closing Wells Fargo
                                                                bank
   Tentative Ruling:                                          accounts

      GRANT as to the unauthorized post-conversion cash withdrawals and
      the rent payments. The court needs further explanation about how the
      trustee derived the balance of the DIP accounts.

| Party Information |
|---|

   **Debtor(s):**

      Kevan A. Green                    Represented By
                                           Javier H Castillo

   **Joint Debtor(s):**

      Dina J Green                      Represented By
                                           Javier H Castillo