ARTURO M. CISNEROS, #120494
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:   (949) 252-1032
Email: nathan@mclaw.org

Attorney for Steven M. Speier, Chapter 7 Trustee

**FILED & ENTERED**

**SEP 04 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY potier    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>KEVAN A. GREEN and DINA J. GREEN,<br><br><br><br>   Debtors. | Case Number: 6:16-bk-10251-SY<br><br>Chapter 7<br><br>**ORDER AND JUDGMENT IN FAVOR OF CHAPTER 7 TRUSTEE STEVEN SPEIER IN THE AMOUNT OF $81,378.91** |

    The court entered an Order After Hearing on Court's Order to Show Cause on March 27, 2019 ("Order"). [Docket Entry ("DE") 308]. Pursuant to the Order:

    "(1) The debtors shall tender the sum of $23,678.91 by April 20, 2019 payable to "Steven Speier, Trustee" and delivered to the law offices of Malcolm & Cisneros at the address provided in the upper left hand corner of this order; and
(2) If said sum is not timely paid, Trustee's counsel may submit a declaration of default (including the attorney fees incurred to enforce this court's order for turnover entered on September 6, 2017 and a calculation of the $100/day sanction until paid in full), subject to a 14-day period for the debtors to object to the "reasonableness" of the attorney fees requested."

    On April 19, 2019, Debtors filed a Motion for Order Setting Mediator and Excusing Debtors from Repaying Trustee ("Motion"). [DE 310]. The Motion was denied on June 11, 2019. [DE 320].

The court having considered the Declaration of Nathan F. Smith Regarding Default of Debtors Under Order After Hearing on Court's Order to Show Cause Entered on March 27, 2019, and finding that the debtors have failed to comply with the Order, and that the trustee is justified under the Order in seeking $100 per day during the period from September 21, 2017 to April 20, 2019, which equals 577 days, totaling $57,700, and good cause having been shown,

IT IS ORDERED that JUDGMENT is entered in the amount of $81,378.91 against Kevan A. Green and Dina J. Green, jointly and severely, in favor of chapter 7 trustee, Steven Speier, on behalf of the bankruptcy estate of Kevan A. Green and Dina J. Green, with interest to be afforded in accordance with, and to the extent provided by, 28 U.S.C. § 1961, commencing as of the date of entry of this judgment.

###

Date: September 4, 2019

Scott H. Yun
United States Bankruptcy Judge