| ☒ Recording requested by a return to:<br>ARTURO M. CISNEROS, #120494<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Irvine, CA 92612<br>Phone: (949) 252-9400/Fax: (949) 252-1032 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>KEVAN A. GREEN and DINA J. GREEN,<br>Debtor | CASE NUMBER 6:16-bk-10251-SY<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address

    Kevan A. Green

    40157 Balboa Dr.

    Temecula, CA 92591

    ☐ Address Unknown

    b. Driver's License No. _____    ☒ Unknown

    c. Social Security No. xxx-xx-2649    ☐ Unknown

2. The Summons was personally served at, or mail to (address):

    n/a

3. ☒ Information regarding additional judgment debtors is shown on reverse side.

    Dated: October 21, 2019

    (Signature of Judgment Creditor or Attorney)
    Nathan F. Smith, Esq.
    MALCOLM ♦ CISNEROS, A Law Corporation

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | CHAPTER 7 |
|---|---|
| KEVAN A. GREEN and DINA J. GREEN, Debtor(s). | ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on September 4, 2019,

in favor of Steven Speier, Chapter 7 Trustee and against Kevan A. Green and Dina J. Green

for $ 81,378.91    Principal,

$ 0.00    Interest,

$ 0.00    Attorney's Fees, and

$ 0.00    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this 23rd (SEAL) day of October 2019.

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: Tanisha Lozano
Deputy Clerk

Information regarding additional judgment debtors:

Dina J. Green

40157 Balboa Dr.

Temecula, CA 92591

SSN: xxx-xx-2004

*Revised February 2010*