ARTURO M. CISNEROS, #120494
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: arturo@mclaw.org; nathan@mclaw.org

*Attorneys for Steven M. Speier, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>KEVAN A. GREEN and DINA J. GREEN,<br><br>Debtors. | Case No. 6:16-bk-10251-SY<br><br>Chapter 7<br><br>STIPULATION BETWEEN STEVEN M. SPEIER, CHAPTER 7 TRUSTEE, AND KEVAN A. GREEN AND DINA J. GREEN REVOKING CHAPTER 7 DISCHARGE UNDER 11 U.S.C. §§ 727(a)(6)(A) and 727(d)(3) |

This stipulation, by and between Kevan A. Green and Dina J. Green ("Debtors") and Steven M. Speier ("Trustee"), the chapter 7 trustee of the bankruptcy estate of Debtors, by and through his counsel, Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, hereby stipulate as follows:

1

Stipulation

**RECITALS:**

1. On January 12, 2016, Debtors filed a joint voluntary petition for relief under chapter 11.

2. On December 21, 2016, Debtors' case was converted to one under chapter 7.

3. On December 22, 2016, Trustee was duly appointed as chapter 7 trustee of Debtors' bankruptcy estate ("Estate").

4. On August 7, 2017, Trustee filed a Motion for Turnover of Property of the Estate and Request to Provide Trustee with a Full Accounting ("Turnover Motion").

5. On September 6, 2017, the Court granted the Turnover Motion and entered the Turnover Order, requiring, in part, that Debtors turn over $48,862.02 to Trustee.

6. Debtors failed to comply with the Turnover Order.

7. On November 29, 2018, the Court entered an Order granting Debtors a discharge under 11 U.S.C. § 727 ("Discharge Order").

8. On February 4, 2019, Trustee filed a Motion for an Order Requiring Debtors to Appear and Show Cause as to why they should not be held in contempt of Court and sanctioned for not complying with the Turnover Order ("Motion for an Order to Show Cause").

9. On February 15, 2019, the Court entered an Order granting the Trustee's Motion for an Order to Show Cause.

10. On March 27, 2019, the Court entered an Order approving the agreement of the Debtors and Trustee and requiring Debtors to tender the sum of $23,678.91 to Trustee by April 20, 2019 ("Order Requiring Payment to Trustee").

11. Debtors failed to comply with the Order Requiring Payment to Trustee.

12. On September 4, 2019, the Court entered an Order Granting Motion and Judgment in Favor of Chapter 7 Trustee in the amount of $81,378.91 ("Judgment/Order").

13. Debtors have failed to pay the Judgment/Order.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

A. The above RECITALS are incorporated herein by reference thereto.

B. Based upon Debtors' failure to comply with the Turnover Order, Order Requiring Payment to Trustee, and Judgment/Order, the Discharge Order entered on November 29, 2018 is

1 | VACATED and Debtors' chapter 7 discharge is REVOKED pursuant to 11 U.S.C. §§ 727(a)(6)(A) and
2 | 727(d)(3).

3 | DATED: January 9, 2020

4 | _____
KEVAN A. GREEN

5 | DATED: January 9, 2020

6 | _____
DINA J. GREEN

7 | DATED: January 9, 2020

8 |

9 | _____
STEVEN M. SPEIER

10 |

11 | **APPROVED AS TO FORM AND CONTENT**

12 |

13 | DATED: January 9, 2020     Respectfully Submitted,
                                MALCOLM ♦ CISNEROS, A LAW CORPORATION

14 |

15 |                             By: /s/ Nathan F. Smith
                                NATHAN F. SMITH

16 |                             *Attorneys for Steven M. Speier, Chapter 7 Trustee*

17 |

18 | DATED: January 9, 2020     CASTILLO LAW FIRM

19 |
                                By: _____
20 |                             JAVIER H. CASTILLO

21 |                             *Attorneys for Debtors*

22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

Stipulation

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**MALCOLM & CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine CA 92612**

A true and correct copy of the foregoing document described as **STIPULATION BETWEEN STEVEN M. SPEIER, CHAPTER 7 TRUSTEE, AND KEVAN A. GREEN AND DINA J. GREEN REVOKING CHAPTER 7 DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 13, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 7 TRUSTEE:   Steven M Speier (TR)     lmorvant@glassratner.com, sms@trustesolutions.net, sspeier@glassratner.com, C183@ecfcbis.com
US TRUSTEE: United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
DEBTOR'S ATTORNEY:   Javier H Castillo     jhcecf@gmail.com, castillojr86381@notify.bestcase.com**

☒ Service information continued on attached page

2. **SERVED BY UNITIEDSTATES MAIL**:
On **January 13, 2020** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Kevan A. Green & Dina J. Green, 40157 Balboa Dr., Temecula, CA 92591**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 13, 2020** I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

***(VIA PERSONAL DELIVERY)*** **HONORABLE BANKRUPTCY COURT JUDGE:   Scott H. Yun, 3420 Twelfth Street, Riverside CA 92501**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 13, 2020** | **Erica F. Pedraza** | */s/ Erica F. Pedraza* |
|---|---|---|
| Date | Type Name | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                                                                  F 9013-3.1.PROOF.SERVICE

**CONTINUED, SECTION 1**
NOTICE: Shraddha Bharatia    notices@becket-lee.com
NOTICE: Michael J Bujold    Michael.J.Bujold@usdoj.gov
NOTICE: Arturo M Cisneros    arturo@mclaw.org
NOTICE: Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
NOTICE: Alexander K Lee    ecfcacb@aldridgepite.com, akl@ecf.courtdrive.com
NOTICE: Megan E Lees    caecf@tblaw.com
NOTICE: Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
NOTICE: Edward G Schloss    egs2@ix.netcom.com
NOTICE: Mohammad Tehrani    mtehrani@duanemorris.com
NOTICE: Brian H Tran    btran@firstam.com
NOTICE: Rose M Velasquez    bankruptcy@rtresolutions.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org

**CONTINUED, SECTION 2**
NOTICE: Karl T Anderson CPA Inc., 340 South Farrell Drive Suite A210, Palm Springs, CA 92262
NOTICE: Bonnie Kipperman, 9549 Sunset Avenue, La Mesa, CA 91941