| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ARTURO M. CISNEROS, # 120494<br>NATHAN F. SMITH, # 264635<br>MALCOLM ♦ CISNEROS,<br>A Law Corporation<br>2112 Business Center Drive<br>Irvine, California  92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>E-mail: arturo@mclaw.org<br>           nathan@mclaw.org<br><br>Attorneys for Chapter 7 Trustee, Steven M. Speier | **FILED & ENTERED**<br><br>FEB 05 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY potier     DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>KEVAN A. GREEN and DINA J. GREEN,<br><br>    Debtors. | Case No. 6:16-bk-10251-SY<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO PROCEED WITH FILING TRUSTEE'S FINAL REPORT AND ACCOUNT AND PROPOSED DISTRIBUTION AND LEAVING THE JUDGMENT UNADMINISTERED AND NOT ABANDONED**<br><br>Hearing:<br>Date:   January 30, 2020<br>Time:   9:30 AM<br>Ctrm:   302<br>Place:   3420 Twelfth Street<br>            Riverside, CA 92501 |

On January 30, 2020 at 9:30 am in Courtroom 302, 3420 Twelfth Street, Riverside, CA 92501, the Honorable Scott H. Yun held a continued hearing with respect to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Judgment Against Debtors Pursuant to 11 U.S.C.

1  § 363(b); or, Alternatively, (2) Authorizing Trustee to Proceed with Filing Trustee's Final Report
2  and Account and Proposed Distribution and Leaving the Judgment Unadministered and Not
3  Abandoned ("Motion").  Appearances were noted on the record.  The court having considered the
4  pleadings filed and for the reasons stated on the record,

5  **IT IS HEREBY ORDERED** that the Motion is granted in part.  The chapter 7 trustee may
6  file his final report and account and proposed distribution.

7  **IT IS FURTHER ORDERED** that the judgment in favor of the estate, which was entered
8  in this case on September 4, 2019 at Docket No. 324 and is secured by the recording of an abstract
9  of judgment on October 24, 2019 ("Judgment"), will be left unadministered and not abandoned.

10  **IT IS FURTHER ORDERED** that if, and when, funds are available in connection with the
11  Judgment, the case may be reopened and the Judgement may be administered at such time.

12  ###

Date: February 5, 2020

Scott H. Yun
United States Bankruptcy Judge